AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   MARGARET WILSON - C.T. CORP   , who is
designated by law to accept service of process on behalf of *(name of organization)*
JPMORGAN CHASE BANK, N.A.   on *(date)*   01/18/2012   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $   75.00   for travel and $ _____ for services, for a total of $   75.00   .

I declare under penalty of perjury that this information is true.

Date:   01/18/2012

*Server's signature*

SCOTT DAY - REGISTERED PROCESS SERVIER
*Printed name and title*

2973 HARBOR BLVD., SUITE 338 COSTA MESA, CA 92626

*Server's address*

Additional information regarding attempted service, etc: