appropriate, each of which shall correspond and identify each specific improperly acknowledged document previously recorded in public land records.

i. For an order requiring defendants to record in the docket or claims register of each court's official record. A "Notice of Improperly Acknowledged Document", or such similar Notice as the Court deems appropriate, each of which shall correspond and identify each specific improperly acknowledged document previously filed as an exhibit or referenced within any pleading by defendants' in any court's docket or claims register;

j. Only where this matter is joined by the California Attorney General, any California County District Attorney or City Attorney, a civil penalty not to exceed two thousand five hundred dollars ($2,500) for each act of recording of an improperly acknowledged document or soliciting, coercing or influencing an improper notarial act;

k. That Plaintiff and the Class recover their costs of suit, including attorney's fees as provided by law; and

l. For such other and further relief, equitable or otherwise, as is just under the circumstances.

Dated:  April 5, 2012                LAW OFFICES OF J. ARTHUR ROBERTS

                                     _____
                                     JOSEPH ARTHUR ROBERTS, ESQ.
                                     Attorney for Plaintiffs
                                     and all others similarly situated

51

**FIRST AMENDED CLASS ACTION COMPLAINT**
*BAKENIE, et al. v JPMORGAN CHASE BANK, N.A.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 1**

**FIRST AMENDED CLASS ACTION COMPLAINT**

***BAKENIE, et al. v JPMORGAN CHASE BANK, N.A.***

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Chase Home Finance, LLC
3415 Vision Drive
Columbus, OH  43219

---

| File No. 7037.19087 | Title Order 4095084 | MIN No. |
| Servicer Loan No. 1596810192 | | |

### IMPORTANT NOTICE
Note:  After having been recorded, this Assignment should be kept with the Note and Deed of Trust hereby
assigned

# ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to
**U.S. Bank, N.A., as trustee for Chase Mortgage Finance Trust Series 2006-
A1**
all beneficial interest under that certain Deed of Trust dated **07/01/06**, executed by
**ERNEST M. BAKENIE, AN UNMARRIED MAN** to **UNITED TITLE COMPANY**, as Trustee;
and recorded **07/07/06**, as Instrument No.**2006000457132**, Book n/a ,Page n/a, of
Official Records in the County Recorder of Orange County, California.

TOGETHER with the note or notes therein described and secured thereby, the money
due and to become due thereon, with interest, and all rights accrued or to accrue under
said Deed of Trust including the right to have reconveyed, in whole or in part the real
property described therein.

Dated: 4/21/2009

JPMorgan Chase Bank, N.A., by
Northwest Trustee Services Inc. as
Attorney in Fact

By:  Lupe Tabita

State of California
County of Orange

On 4/21/2009, before me, J Barragan, Notary Public, personally appeared Lupe Tabita, who
proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same
and his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument
the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the
foregoing paragraph is true and correct.

WITNESS my hand and official seal

J. BARRAGAN
Commission # 1635125
Notary Public - California
Orange County
My Comm. Expires Jan 5, 2010

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

**FIRST AMENDED CLASS ACTION COMPLAINT**

*BAKENIE, et al. v JPMORGAN CHASE BANK, N.A.*

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

|||||||||||||||||||||||||||||||    12.00

2009000405372 03:06pm 07/28/09
118 8 S15 2
0.00 0.00 0.00 0.00 3.00 0.00 0.00 0.00

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
AS AN ACCOMMODATION ONLY

Recording requested by:

When recorded mail to:
Northwest Trustee Services, Inc.
505 N. Tustin Ave., Suite 243
Santa Ana, CA 92705

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

File No. 7037.19087     Title Order No. 4095084     MIN No.

## SUBSTITUTION OF TRUSTEE

WHEREAS, **UNITED TITLE COMPANY** was the original Trustee under that certain Deed of Trust dated **07/01/06**, executed by **ERNEST M. BAKENIE, AN UNMARRIED MAN** to secure certain obligations in favor of **JPMorgan Chase Bank, N.A.**, as Beneficiary, recorded **07/07/06**, as Instrument No.**2006000457132**, of Official Records in the Office of the Recorder of Orange County, California and
WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and
WHEREAS, the undersigned desires, to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,
NOW THEREFORE, the undersigned hereby substitutes **Northwest Trustee Services, Inc.**, whose address is: **505 N. Tustin Ave., Suite 243, Santa Ana, CA 92705**, as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated: 4/21/09

Chase Home Finance LLC
AS-ATTORNEY-IN-FACT-FOR
U.S. Bank, N.A., as trustee for Chase Mortgage Finance Trust Series 2006-A1

By: _____
Whitney K. Cook     Assistant Secretary

State of   **Ohio**     )
                   )ss
County of   Franklin     )
On 4/21/09, before me, Nicole Knisley _____, Notary Public, personally appeared
Whitney K. Cook _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same and his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of ~~California~~ **Ohio** that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____

Nicole Knisley
Notary Public, State of Ohio
My Commission Expires (Seal)
12/10/2013

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                                  **EXHIBIT 3**

28

**FIRST AMENDED CLASS ACTION COMPLAINT**

*BAKENIE, et al. v JPMORGAN CHASE BANK, N.A.*

RECORDING REQUESTED BY:

**First American Title Co.**
AND WHEN RECORDED MAIL TO:

CAL-WESTERN RECONVEYANCE CORPORATION
525 EAST MAIN STREET
P.O. BOX 22004
EL CAJON  CA  92022-9004

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

||||||| ||||||||| |||||||||| ||| |||||| |||||||        12.00

**2008000171215 01:03pm 04/14/08**

117 73 S16 3

0.00 0.00 0.00 0.00 0.00 6.00 0.00 0.00 0.00

357721b-VO              SPACE ABOVE THIS LINE FOR RECORDER'S USE_____

LOAN NO.: XXXX3808
T.S. NO.:   1131826-11

## SUBSTITUTION OF TRUSTEE
This Form Provided By Cal-Western Reconveyance Corporation

WHEREAS, STEVEN WHITCOMB AND ALISON WHITCOMB, HUSBAND AND WIFE, AS JOINT TENANTS was the original Trustor,

NORTH AMERICAN TITLE COMPANY
was the original Trustee,

and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC AS NOMINEE FOR RESMAE MORTGAGE CORPORATION was the original Beneficiary

under that certain Deed of Trust dated July 27, 2005 and recorded on August 04, 2005 as Instrument No. 2005000606458, in book XX, page XX of Official Records of ORANGE County, California, and

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in the place and stead of present Trustee thereunder, in the manner in said Deed of Trust provided.

NOW, THEREFORE, the undersigned hereby substitutes

CAL-WESTERN RECONVEYANCE CORPORATION
525 EAST MAIN STREET, P.O. BOX 22004
EL CAJON  CA  92022-9004

as Trustee under said Deed of Trust.

SUBCA2 DOC                    Rev. 01/14/08                    Page 1 of 2

## SUBSTITUTION OF TRUSTEE

**LOAN NO:** XXXX 3808

**TS NO:** 1131826-11

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

**Dated:** 1-10-08

**Mortgage Electronic Registration Systems, Inc. (MERS)**

Yvonne Wheeler
Assistant Secretary of MERS

**STATE OF:** California
**COUNTY OF:** San Diego

On 1-10-08 before me, _____ J. Rankin _____, a Notary Public in and for said State, personally appeared Yvonne Wheeler, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

J. RANKIN
COMM. # 1736533
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Comm. Exp. April 3, 2011

CAUTORsub.doc                    Rev.01/14/08                    Page 2 of 2



**CAL-WESTERN RECONVEYANCE CORPORATION**

T.S NO.   1131826-11
LOAN NO.   XXXX3808

## AFFIDAVIT OF MAILING SUBSTITUTION OF TRUSTEE
### PURSUANT TO CALIFORNIA CIVIL CODE §2934a

STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

THE UNDERSIGNED BEING SWORN, SAY(S):

A COPY OF THE SUBSTITUTION OF TRUSTEE HAS BEEN MAILED, PRIOR TO OR CONCURRENTLY WITH THE RECORDING THEREOF, IN THE MANNER PROVIDED IN SECTION 2934a OF THE CIVIL CODE OF CALIFORNIA, TO ALL PERSONS TO WHOM A COPY OF THE NOTICE OF DEFAULT WOULD BE REQUIRED TO BE MAILED BY THE PROVISIONS OF SUCH SECTION.

Dated:   April 07, 2008

_____
Kim Kaufman

State of California

County of San Diego

Subscribed and sworn to (or affirmed) before me on this 7ᵗʰ day of __April  20_08__, by _Kim Kaufman_, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

M. BOISVERT
Commission # 1623658
Notary Public · California
San Diego County
My Comm. Expires Oct 31, 2008

_____
Michelle Boisvert

ASUB.DOC                                                                                                Rev. 01/01/08
Cal-Western Reconveyance Corporation
525 East Main Street, El Cajon, California 92020 •P.O. Box 22004, El Cajon, California 92022-9004
TEL: (619) 590-9200 •FAX: (619) 590-9299 • Website: www.cwrc.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 4

**FIRST AMENDED CLASS ACTION COMPLAINT**

*BAKENIE, et al. v JPMORGAN CHASE BANK, N.A.*

Recorded In Official Records, Orange County

Tom Daly, Clerk-Recorder

**6.00**

**2008000397263** 02:50pm 08/20/08

113 92 A32 1

0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

Recording Requested By
And When Recorded Mail To:

CHASE HOME FINANCE (SAN DIEGO)
10790 RANCHO BERNARDO RD.
SAN DIEGO CA 92127

RECORDING REQUESTED BY
FIRST AMERICAN TITLE INSURANCE COMPANY

3577216 - us/a

SPACE ABOVE THIS LINE FOR RECORDER'S USE

T.S. NO.   1131826-11                    LOAN NO.   XXXX3808

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to
HSBC BANK USA, N.A. AS TRUSTEE FOR FRIEDMAN, BILLINGS, RAMSEY GROUP, INC (FBR)
SECURITIZATION ONAME FBRSI 2005-4
C/O    10790 RANCHO BERNARDO RD.
       SAN DIEGO CA 92127

all beneficial interest under that certain deed of trust dated July 27, 2005, executed by
STEVEN WHITCOMB AND ALISON WHITCOMB, HUSBAND AND WIFE, AS JOINT TENANTS, trustor,
to NORTH AMERICAN TITLE COMPANY, trustee,
and recorded as Instrument No. 2005000606458 on August 04, 2005 in book XX page XX, of Official Records in
the County Recorder's office of ORANGE County, CALIFORNIA describing land therein as

COMPLETELY DESCRIBED IN SAID DEED OF TRUST

together with the note or notes therein described or referred to, the money due and to become due thereon with
interest, and all rights accrued or to accrue under said Deed of Trust.

Dated:?    01-10-2008

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC
AS NOMINEE FOR RESMAE MORTGAGE CORPORATION

Yvonne J. Wheeler, Asst. Sec.

State of CA
County of SAN DIEGO
On 01-10-2008 before me,                    **Mary J. Statham**
a Notary Public in and for said State, personally appeared
                    Yvonne J. Wheeler, Asst. Sec.
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the
State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal                              (Seal)

Signature

```
MARY J STATHAM
COMM # 1646046
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Comm. Exp. Feb 18, 2010
```

ASGNTD.doc                              Rev. 03/20/08                              Page 1 of 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 5**

56

FIRST AMENDED CLASS ACTION COMPLAINT

*BAKENIE, et al. v JPMORGAN CHASE BANK, N.A.*

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

9.00

||||||||||||||||||||||||||||||||||

2010000008106 04:06pm 01/07/10

66 406 A32 1

0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
AS AN ACCOMMODATION ONLY
RECORDING REQUESTED BY:
HSBC Bank USA, N.A. as Trustee for Friedman,
Billings, Ramsey Group, Inc. (FBR) Securitization
Oname FBRSI 2005-4

PREPARED BY AND WHEN
RECORDED MAIL TO:
Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7700

4351745

APN: 146-302-24

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to HSBC Bank USA, National Association, as Indenture Trustee of the FBR Securitization Trust 2005-4, Mortgage-Backed Notes, Series 2005-4 all beneficial interest under that certain Deed of Trust dated July 27, 2005, executed by Steven Whitcomb and Alison Whitcomb husband and wife, as joint tenants, to North American Title Company as trustee, for Mortgage Electronic Registration Systems, Inc., solely as nominee for Resmae Mortgage Corporation, as beneficiary, and recorded as Instrument No. 2005000606458 on August 4, 2005, in the State of California, Orange County Recorder's Office. Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: _Dec 25, 2009_          *HSBC Bank USA, N.A. as Trustee for Friedman,
                                Billings, Ramsey Group, Inc. (FBR) Securitization
                                Oname FBRSI 2005-4
                                By: _____
                                Its: _____
                                     Whitney K. Cook
                                     Vice President

                                *JPMorgan Chase Bank, N.A.
                                as Attorney-in-Fact for

State of       Ohio        )
                           ) ss.
County of _____ Franklin   )
On _Dec 29, 2009_ Whitney K. Cook _____ before me, _____ Wenona S. Church _____, personally appeared _____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of _____ Ohio _____ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public

Wenona S. Church
Notary Public, State of Ohio
My Commission Expires
Official No____

265-924277.m

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 6

**FIRST AMENDED CLASS ACTION COMPLAINT**

*BAKENIE, et al. v JPMORGAN CHASE BANK, N.A.*



**This page is part of your document - DO NOT DISCARD**



**20081324175**   Pages: 002

Recorded/Filed In Official Records
Recorder's Office, Los Angeles County,
California

07/24/08 AT 08:00AM

Fee:  10.00
Tax:  0.00
Other: 0.00
Total: 10.00

Title Company

## TITLE(S) :

L E A D   S H E E T

**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company In black ink.          Number of AIN's Shown

**THIS FORM IS NOT TO BE DUPLICATED**

Recording requested by
**STEWART TITLE OF CALIFORNIA, INC.**

When Recorded Mail To
**NDEx West, L.L.C.**
**15000 Surveyor Boulevard, Suite 500**
**Addison, Texas 75001-9013**



07/24/08
**20081324175**


ASSG20080187403877

Space above this line for Recorder's use only

Trustee Sale No  **20080187403877**    Title Order No  **3206-116355**    Loan No  **1596816847**

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to CHASE HOME FINANCE, LLC FKA CHASE MANHATTAN MORTGAGE CORPORATION all beneficial interest under that certain Deed of Trust dated 07/01/2006, executed by **FREDDY S ESTRELLA AND COINTIA ESPINOSA**, as Trustor to SOUTHLAND TITLE, Trustee, and Recorded on **07/13/2006** as Instrument No. **06 1547073** of Official Records in the County Recorder's office of LOS ANGELES County, California  Describing land therein  **AS DESCRIBED IN DEED OF TRUST MENTIONED ABOVE.**

Together with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust

Dated          **JUL 2 1 2008**

JPMORAN CHASE BANK, N.A. by NDEx West, LLC, its Attorney-in-Fact

NDEx West, LLC, Clayton Goff, Associate Counsel

State of    TEXAS }
County of  DALLAS }

Before me, the undersigned Notary Public, on this day personally appeared Clayton Goff, who is the Associate Counsel of NDEx West, LLC, as Attorney-in-Fact for JPMORGAN CHASE BANK, N A., a corporation, on behalf of said corporation, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed

Given under my hand and seal of office this  21  day of  July  , 2008

Notary Public Signature

KAUSER RAHIM
Notary Public
State of Texas
My Comm Exp 05-14 2012

**Kauser Rahim**
Printed Name of Notary Public

CAASGNDO1 rpt - (01/25/08) / Ver-12

Page 1 of 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 7

58

**FIRST AMENDED CLASS ACTION COMPLAINT**

*BAKENIE, et al. v JPMORGAN CHASE BANK, N.A.*



This page is part of your document - DO NOT DISCARD



**20081361370** Pages: 003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

07/30/08 AT 08:00AM

Fee: 13.00
Tax: 0.00
Other: 0.00
Total: 13.00

Title Company

## TITLE(S) :



L E A D   S H E E T

**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company in black ink.     **Number of AIN's Shown**

THIS FORM IS NOT TO BE DUPLICATED

Recording requested by:
STEWART TITLE OF CALIFORNIA, INC.

When Recorded Mail To:
NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013



07/30/08

20081361370



SUB20080187403877

Space above this line for Recorder's use only

Trustee Sale No.: 20080187403877 Title Order No.: 3206-116355

# SUBSTITUTION OF TRUSTEE

WHEREAS, **FREDDY S ESTRELLA AND COINTIA ESPINOSA** was the original Trustor, **SOUTHLAND TITLE** was the original Trustee, and **JPMORGAN CHASE BANK, N.A.** was the original Beneficiary Recorded on 07/13/2006 as Instrument No. 06 1547073 of official records in the Office of the Recorder of LOS ANGELES County, California, as more fully described on said Deed of Trust.; and WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said prior Trustee.

NOW, THEREFORE, the undersigned hereby substitutes, **NDEx West, L.L.C.,** WHOSE ADDRESS IS: **15000 Surveyor Boulevard, Suite 500, Addison, Texas 75001-9013,** as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

DATED: July 17, 2008

CHASE HOME FINANCE, LLC BY NDEx West, LLC AS ATTORNEY IN FACT

Aaron Brown- Associate Counsel

State of     TEXAS }
County of, DALLAS }

On July 17, 2008 before me, Patrick De Jesus, Notary Public, personally appeared Aaron Brown who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

(If signed and notarized in California):

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

My commission expires: _____

PATRICK DE JESUS
Notary Public
State of Texas
My Comm Exp 07-02-2011

FCUS_SubstituteOfTrustee.rpt - 12/28/2007 - Ver-24

Page 1 of 1

NDEx West, L.L.C
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013
Telephone: (866) 795-1852
Telecopier: (972) 661-7800

## AFFIDAVIT

**TRUSTEE'S SALE NUMBER: 20080187403877**

I, Brooke Ewing, the undersigned, a United States Citizen declare that:

I am an employee, over the age of eighteen years, of

NDEx West, L.L.C., and/or NDEX,

whose business address is:

15000 Surveyor Boulevard, Suite 500, Addison, Texas 75001-9013

In compliance with Section 2934a(b) of the Civil Code of the State of California, Notice has been given to the prior trustee then of record, that NDEx West, L.L.C. has been substituted as trustee under the Deed of Trust described in the attached copy of Substitution of Trustee and a copy of said Substitution of Trustee has been mailed prior to the recording thereof, in the manner provided in Section 2924(b) of the Civil Code of the State of California to all persons to whom a copy of the Notice of Default would be required to be mailed by the provisions of said section.

NDEx West, L.L.C., and/or NDEX

_____          _____July 23, 2008_____
Brooke Ewing                                                    DATED
(Declarant)

State of    TEXAS        }
County of  DALLAS       }

On July 23, 2008 before me, Sandra Pitka Notary Public, personally appeared Brooke Ewing personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: _____Sandra Pitka_____ (Seal)

My commission expires: _____

SANDRA PITKA
Notary Public
State of Texas
My Comm. Exp. 04-11-2012



SEC20080187403877

TD881361370

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 8

**FIRST AMENDED CLASS ACTION COMPLAINT**

*BAKENIE, et al. v JPMORGAN CHASE BANK, N.A.*

DOC # 2009-0165523
04/06/2009 08:00A Fee:12.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

Recording requested by:
NORTH AMERICAN TITLE COMPANY -
California

When Recorded Mail To:
NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013

ASSG20090187501684

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
| | | | | | | T: | | CTY | UNI |

Trustee Sale No.: 20090187501684        Title Order No.: 909976        LN

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, 2006-BC6 all beneficial interest under that certain Deed of Trust dated 10/09/2006, executed by GREGORY C THOMAS AND JENNIFER E CARRILLO, as Trust or to T.D. SERVICE COMPANY, Trustee, and Recorded on 10/27/2006 as Instrument No. 2006-0792024 of Official Records in the County Recorder's office of RIVERSIDE County, California. Describing land therein: AS DESCRIBED IN DEED OF TRUST MENTIONED ABOVE.

Together with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated
MAR 2 6 2009

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR BNC MORTGAGE, INC., A DELAWARE CORPORATION

David Seybold, Assistant Secretary

State of        Texas}
County of      Dallas}

Before me,   Suzanne Stanley              , the undersigned Notary Public, on this day personally appeared David Seybold, who is the Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR BNC MORTGAGE, INC., A DELAWARE CORPORATION, a corporation, on behalf of said corporation, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this ____ day of   MAR 2 6 2009   , 2009.

Notary Public Signature

My Commission Expires:

SUZANNE STANLEY
Notary Public
State of Texas
My Comm. Exp. 01-10-2013

Suzanne Stanley
Printed Name of Notary Public

CAASGNDOT.rpt - (01/25/08) / Ver-12

Page 1 of 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 9

**FIRST AMENDED CLASS ACTION COMPLAINT**

*BAKENIE, et al. v JPMORGAN CHASE BANK, N.A.*

DOC # 2009-0165526
04/06/2009 08:00A Fee:18.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

Recording requested by:
**NORTH AMERICAN TITLE COMPANY -
California**

When Recorded Mail To:
**NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013**

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|----|------|-----|------|
| M | A | L | 3 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM 042 |
| | | | | | | | T: | CTY | UNI |

Trustee Sale No. : 20090187501684        Title Order No.: 909976        -18-
T 042

## SUBSTITUTION OF TRUSTEE

WHEREAS, **GREGORY C THOMAS AND JENNIFER E CARRILLO** was the original Trustor, **T.D. SERVICE COMPANY** was the original Trustee, and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")** was the original Beneficiary Recorded on 10/27/2006 as Instrument No. **2006-0792024** of official records in the Office of the Recorder of **RIVERSIDE** County, California, as more fully described on said Deed of Trust; and WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said prior Trustee.

NOW, THEREFORE, the undersigned hereby substitutes, **NDEx West, L.L.C.**, WHOSE ADDRESS IS: **15000 Surveyor Boulevard, Suite 500, Addison, Texas 75001-9013,** as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter and the singular number includes the plural.

DATED:  **MAR 3 1 2009**

*March 25 2009*

| | |
|---|---|
| State of | **Ohio** |
| County of | **Franklin** |

**MAR 3 1 2009**

On *March 25 2009* before me, ~~Cindy A. Smith~~ **Jennifer Jacoby** , Notary Public , personally appeared who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

~~Chase Home Finance, LLC~~
As-Attorney-In-Fact-For

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, 2006-BC6**

**Cindy A. Smith**
**Assistant Secretary**

(If signed and notarized in California):        **Ohio**

I certify under PENALTY OF PERJURY under the laws of the State of ~~California~~ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____ (Seal)
05-28-2012

My commission expires: _____

**JENNIFER M. JACOBY**
**Notary Public, State of Ohio**
**My Commission Expires 05-28-2012**

Page 1 of 1

FCUS_SubstituteOfTrustee.rpt - 12/28/2007 - Ver-24

**NDEx West, L.L.C**
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013
Telephone:  (866) 795-1852
Telecopier:  (972) 661-7800

## AFFIDAVIT

**TRUSTEE'S SALE NUMBER:**   20090187501684

I, Patrick De Jesus, the undersigned, a United States Citizen declare that:

I am an employee, over the age of eighteen years, of

NDEx West, L.L.C., and/or NDEX,

**whose business address is:**

15000 Surveyor Boulevard, Suite 500, Addison, Texas 75001-9013

In compliance with Section 2934a(b) of the Civil Code of the State of California, Notice has been given to the prior trustee then of record, that NDEx West, L.L.C. has been substituted as trustee under the Deed of Trust described in the attached copy of Substitution of Trustee and a copy of said Substitution of Trustee has been mailed prior to the recording thereof, in the manner provided in Section 2924(b) of the Civil Code of the State of California to all persons to whom a copy of the Notice of Default would be required to be mailed by the provisions of said section.

**NDEx West, L.L.C., and/or NDEX**

_____                    March 23, 2009
Patrick De Jesus                                                   DATED
(Declarant)

State of    TEXAS          }
County of  DALLAS      }

On March 23, 2009 before me, Brooke L. Ewing Notary Public, personally appeared Patrick De Jesus personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: _____          (Seal)

My commission expires: _____

> BROOKE L. EWING
> Notary Public, State of Texas
> My Commission expires
> January 28, 2013

SBC20090187501684