# EXHIBIT 10

FIRST AMENDED CLASS ACTION COMPLAINT

*BAKENIE, et al. v JPMORGAN CHASE BANK, N.A.*

Recording requested by:
NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013

When Recorded Mail to and Mail Tax Statement to:
U.S. BANK NATIONAL ASSOCIATIO .et al
c/o CHASE HOME FINANCE, LLC
3415 VISION DRIVE
COLUMBUS, OH 43219

APN #: 362-512-011-7
Property Address:
24120 ESMERALDA CT
WILDOMAR, CALIFORNIA 92595

TDUS20090187501684

TRA#025-072

Trustee Sale No.: 20090187501684   Title Order No.: 909976

DOC # 2011-0118235
03/16/2011 12:02P Fee:21.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|----|------|-----|------|
| / |   |   | 3    |      |    |    |      |     |      |
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |      |      |    | T: |  | CTY | UNI |

065

## TRUSTEE'S DEED UPON SALE

The undersigned grantor declares:
1) The Grantee herein WAS the foreclosing beneficiary
2) The amount of the unpaid debt together with cost was    $547,140.51
3) The amount paid by the grantee at the trustee sale was   $226,901.50  $0.00
4) The documentary transfer tax is
5) Said property is in the city of WILDOMAR

THIS IS AN ACCOMMODATION RECORDING ONLY. IT HAS NOT BEEN ABSTRACTED AS TO ITS CONTENT OR THE EFFECT IT MAY PRESENT UPON RECORDING.
NORTH AMERICAN TITLE CO.

NDEx West, L.L.C., as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without covenant or warranty, express or implied, to:

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC6**

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of Riverside, State of California, described as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN FOR ALL PURPOSES.

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated 10/09/2006 and executed by GREGORY C THOMAS AND JENNIFER E CARRILLO Trustor(s), and Recorded on 10/27/2006 as Instrument No. 2006-0792024 of official records of Riverside County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the Office of the Recorder of said County, and such default still existed at the time of sale.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have been complied with.

MAIL TAX STATEMENTS AS DIRECTED ABOVE

FCUS_TrusteeDeedUponSale.rpt- (07/30/2010) / Ver-24

Page 1 of 3

Trustee Sale No. : 20090187501684    Title Order No.: 909976

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust, sold the herein described property at public auction on **03/07/2011**. Grantee, being the highest bidder at said sale, became the purchaser of said property for the amount bid being **226,901.50** in lawful money of the United States, or by credit bid if the Grantee was the beneficiary of said Deed of Trust at the Time of said Trustee's Sale.

DATED: 03/14/2011

NDEx West, L.L.C., as Trustee

_[signature]_
Ric Juarez

3/14/2011
DATED

State of  TEXAS  }
County of DALLAS }

On _____3/14/2011_____ before me, **Kathy Lockerman** Notary Public, personally appeared Ric Juarez who is known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: _Kathy Lockerman_ (Seal)

My commission expires: _____

KATHY LOCKERMAN
Notary Public
State of Texas
My Comm. Exp. 09-15-2011

Trustee Sale No. : 20090187501684     Title Order No.: 909976

## EXHIBIT "A"

LOT 224 OF TRACT NO. 23310, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 297, PAGES 4 THROUGH 12, INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM ALL MINERALS, GAS, OILS, PETROLEUM, NAPTHA AND OTHER HYDROCARBON SUBSTANCES LYING 500 FEET BELOW THE SURFACE OF LAND MEASURED VERTICALLY AND WITHOUT AND RIGHT OF SURFACE ENTRY, AS RESERVED BY RANCHO MARK IV, A LIMITED PARTNERSHIP, BY DEED RECORDED MAY 29, 1974, AS INSTRUMENT NO. 64975, OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ONE-HALF OF ALL OIL, GAS AND MINERAL SUBSTANCES IN, UNDER AND/OR THAT MAY BE PRODUCED FROM A DEPTH BELOW 500.00 FEET FROM THE SURFACE OF SAID LAND OR ANY PART THEREOF, BUT WITH NO RIGHT TO USE THE SURFACE OF SAID TO A DEPTH OF 500.00 FEET, AS RESERVED TO RIVERSIDE CHRISTIAN HIGH SCHOOL, A NONPROFIT CORPORATION AND CONCORDANT PUBLISHING CONCERN, A CALIFORNIA NONPROFIT CORPORATION IN DEED RECORDED APRIL 11, 1980, AS INSTRUMENT NO. 69414, OF OFFICIAL RECORDS.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 11

RECORDING REQUESTED BY Servialink
CALIFORNIA RECONVEYANCE COMPANY

AND WHEN RECORDED MAIL TO

CALIFORNIA RECONVEYANCE COMPANY
9200 Oakdale Avenue
Mail Stop: CA2-4379
Chatsworth, CA 91311

DOC # 2009-0600610

OCT 29, 2009    8:00 AM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
DAVID L. BUTLER, COUNTY RECORDER
FEES:       12.00           DA:       1

989

PAGES:      1

Space above this line for recorder's use only

Trustee Sale No. 439632CA    Loan No. 3014069102    Title Order No. 255184

## SUBSTITUTION OF TRUSTEE

WHEREAS, GEOFFREY MONCRIEF, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, was the original Trustor, CALIFORNIA RECONVEYANCE COMPANY, was the original Trustee, and WASHINGTON MUTUAL BANK, FA, was the original Beneficiary under that certain Deed of Trust dated 07/20/2007, Recorded 07/26/2007, Book , Page , Instrument 2007-0500748 of official records in the office of the Recorder of SAN DIEGO County, California, and

APN: 415-062-11 Situs: 417 SEA RIDGE DRIVE, , LA JOLLA, CA 92037
WHEREAS, JPMorgan Chase Bank, National Association, the undersigned, is the present Beneficiary under said Deed of Trust, and, WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in the place of and stead of said original Trustee thereunder.

Now, THEREFORE, the undersigned Beneficiary hereby substitutes CALIFORNIA RECONVEYANCE COMPANY, 9200 Oakdale Avenue CA2-4379, Chatsworth, CA 91311, as Trustee of Said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number indicates the plural.

DATE: October 27, 2009
JPMorgan Chase Bank, National Association

_[signature]_
Deborah Brignac, Vice President

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

On October 27, 2009 before me, JESSICA ERIN SNEDDEN, "Notary Public" personally appeared Deborah Brignac, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _[signature]_ (Seal)

JESSICA ERIN SNEDDEN
COMM. # 1858851
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. JULY 24, 2013

**PROOF OF SERVICE**
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT**
BAKENIE V. JPMORGAN CHASE BANK, NA
Case No: **SACV12-0060 JVS (MLGx)**

I am employed in the County of Orange, State of California. I am over the age of 18 years. My business address is: **3345 Newport Blvd, Suite 213, Newport Beach, CA 92663**

On April 9, 2012 I served the foregoing document described as Plaintiff's FIRST AMENDED COMPLAINT on the interested parties in this action.

x    by placing the original and/or true copy thereof enclosed in (a) sealed envelope(s), addressed as follows"

**SEE ATTACHED SERVICE LIST**

x    **BY REGULAR MAIL**: I deposited such envelope in the mail at 3345 Newport Blvd, Newport Beach, CA 92663. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Services on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODICED ON PAPER PURCHASED AS RECYCLED.**

**BY FACSIMILE MACHINE**: I Tele-Faxed a copy of the original document to the above facsimile numbers.

**BY USPS OVERNIGHT MAIL:** I deposited such documents at the Overnight Express Mail located at 3345 Newport Blvd, Newport Beach, Ca 92663. The envelope was deposited with delivery fees thereon fully prepaid.

**BY PERSONAL SERVICE**: I caused such envelope(s) to be delivered by hand to the above addressee(s).

x    (Federal) I declare than I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on April 9, 2012, at Newport Beach, Ca 92663

---------_Autumn Skerritt

- 1 -

**PROOF OF SERVICE**
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT**
BAKENIE V. JPMORGAN CHASE BANK, NA
Case No: **SACV12-0060 JVS (MLGx)**

Attorney for JPMorgan Chase Bank, N.A.; US Bank, N.A.
ZACHARY J. ALINDER, Esq.
PETER OBSTLER
DAVID S. CANNON
Bingham McCutchen
Three Embarcadero Center
San Francisco, CA 94111

- 2 -