BINGHAM MCCUTCHEN LLP
Peter Obstler (SBN 171623)
peter.obstler@bingham.com
Zachary J. Alinder (SBN 209009)
zachary.alinder@bingham.com
David S. Cannon (SBN 209501)
david.cannon@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Defendants
JPMorgan Chase Bank, N.A. and California Reconveyance Company

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MICHAEL BAKENIE, STEVEN MICHAEL WHITCOMB, FREDDY ESTRELLA, JENNIFER E. CARILLO-THOMAS AND GEOFFREY MONCRIEF ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., NDEX WEST, LLC; CALIFORNIA RECONVEYANCE COMPANY; CAL-WESTERN RECONVEYANCE CORPORATION; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. SACV 12-0060-JVS (MLGx)<br><br>**JUDGMENT**<br><br>Judge: Hon. James V. Selna |

JUDGMENT

Whereas, on August 6, 2012, the Court, having fully considered the Motion to Dismiss under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure filed by Defendants JPMorgan Chase Bank, N.A. ("Chase") and California Reconveyance Company, including the papers presented in support of and against the motion, the joinders filed by Defendants NdeX West, LLC and Cal-Western Reconveyance Corporation, entered its final Order Granting Defendants' Motion to Dismiss under Rule 12(b)(1) (the "Court's Order"). (ECF No. 52.) For the reasons set forth in the Court's Order, 12 U.S.C. § 1818(i) of the National Bank Act and the Consent Order entered between Chase and the OCC preclude subject matter jurisdiction over the First Amended Class Action Complaint (the "Complaint") filed by Plaintiffs Ernest Michael Bakenie, Steven Michael Whitcomb, Freddy Estrella, Jennifer Carillo-Thomas, and Geoffrey Moncrief ("Plaintiffs") because "[i]f Plaintiffs were to obtain the relief sought in the FAC — including the declaratory and injunctive relief regarding Chase Bank's foreclosure practices — it would 'affect . . . enforcement of [the Consent Order]'" (ECF No. 52 at 6);

Now, therefore, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Because the Court lacks subject matter jurisdiction, Plaintiffs' Complaint is dismissed in its entirety with prejudice under Rule 12(b)(1);

2. Judgment is entered in favor of Defendants JPMorgan Chase Bank, N.A., California Reconveyance Company, NdeX West, LLC, and Cal-Western Reconveyance Corporation and against Plaintiffs on all of the claims for relief asserted in Plaintiffs' Complaint; and,

/ / / /
/ / / /
/ / / /
/ / / /

3.   Plaintiffs shall take nothing on their Complaint.

**IT IS SO ORDERED.**

Dated: August 20, 2012

_____
The Honorable James V. Selna
United States District Judge